AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*January 20, 2021*

Nathan Ochsner, Clerk of Court

United States of America
v.
Antonio GALAN Garcia
(  1958)
Mexico

*Defendant(s)*

Case No.  M-21-149-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 02, 2020  in the county of  Hidalgo  in the
Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 846 | Knowingly and intentionally conspire and agree with persons known and unknown to unlawfully possess with intent to distribute approximately 14.5 kilograms of methamphetamine, a substance included in Schedule II of the Controlled Substance Act. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.
Complaint authorized by AUSA Jongwoo Chung

*Complainant's signature*

Fitim Mustafa/ Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to
and attested to telephonically per Fed. R. Cr.4.1, and
probable cause found on:

Date:  01/20/2021  @8:02 a.m.

*Judge's signature*

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

City and state:  McAllen, TX

## ATTACHMENT A

I am a Special Agent (SA) of the United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

On December 2, 2020, Yoana Martina BALTAZAR attempted entry into the United States (U.S.) from Mexico at the Hidalgo International Port of Entry in Hidalgo, Texas in a blue Ford Expedition (Texas License Plate MMW1992). Upon search of the vehicle, CBPOs discovered 12 packages of a white powdery substance which field tested positive to the properties of methamphetamine and had an approximate total weight of 14.5 kilograms. Subsequent to BALTAZAR's arrest, database vehicle crossing search revealed Antonio GALAN Garcia as a previous driver of vehicle MMW1992. On November 25, 2020 GALAN had an inbound crossing at the Hidalgo International Port of Entry.

On December 10, 2020, Antonio GALAN Garcia (DOB: 06/19/1958) presented himself for inspection at the Laredo Lincoln Juarez Bridge 2. During field interview, CBPOs obtained a statement regarding GALAN's biographical information to include address and phone number. A search of BALTAZAR's subpoena requested phone tolls revealed GALAN to have been in consistent telephonic communication with BALTAZAR prior and during BALTAZAR's narcotic smuggling attempt.

On January 19, 2021, HSI Agents conducted a post Miranda interview of GALAN as he was attempting entry at the Gateway International Port of Entry in Brownsville, Texas. GALAN stated he picked up vehicle MMW1992 from known and unknown conspirators in Houston, Texas. GALAN stated he delivered the vehicle to unknown subjects in Reynosa, Mexico where he believed it was loaded with narcotics. Furthermore, GALAN stated he delivered the vehicle to BALTAZAR so it could be crossed into the United States. GALAN stated he acted under the direction of known and unknown conspirators located in Houston, Texas, and received $500 USDs as payment for his efforts. GALAN stated he transported vehicles from Houston to Reynosa on approximately four different occasions.

Complaint authorized by AUSA Jongwoo Chung.

**Submitted by reliable electronic means, sworn to, and signature attested to telephonically persuant to Fed.R.Crim.4.1**

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Fitim Mustafa, Special Agent

U.S. Department of Homeland Security

Immigration and Customs Enforcement

Homeland Security Investigations